PHILIP ZWICKER, Appellant, Respondent, v. DAVID ULLMAN, BEN ULLMAN and RICHARD ULLMAN, Respondents, Appellants.— Order unanimously modified by striking out item 8 of plaintiff's notice of motion for examination of defendants before trial, and as so modified affirmed, without costs. No opinion. The dates for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration of Certain Differences between NEW YORK LIFE INSURANCE COMPANY, Respondent, and JAMES A. TILLMAN, Appellant. (" Bund " Contract; Claim on Niebuhr Policy: Demand for Arbitration under Subdivision [b] of Paragraph 2 of Section VIII of Contract.) (Arbitration under " Bund " Contract of July 18, 1930: Claim of Niebuhr Policy No. 4621065: Re Sufficiency of Proofs.)— Judgments, and orders entered May 17th, 1939, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRANCO-BELGIAN IMPORTING Co., INC., v. EMIGRANT INDUSTRIAL SAVINGS BANK and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the Lawyers Title & Guaranty Company, and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

STEBELL REALTY CORPORATION and Another v. PECHTER BAKING Co., INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN D. LORE for an Order of Mandamus against RUSSELL FORBES, as Commissioner of Purchase of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MEADO-LAWN HOMES, INC., v. WESTCHESTER LIGHTING COMPANY and Another. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOHN K. AYEW, as President of the GOLD COAST FARMERS ASSOCIATION, v. WILLARD HAWES & Co., INC., and Others, Impleaded with AFRICAN COCOA & MAHOGANY Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

KATHLEEN FUQUA, on Behalf of Herself and on Behalf of All Other Stockholders of the KNICKERBOCKER DISCOUNT CORPORATION OF NEW YORK, and Others v. E. NELSON SIMS and Others, Impleaded with FRANCES S. COPELAND, as Administratrix, etc., of ROYAL S. COPELAND, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

NICHOLAS CIRILLO v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.